IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  11-cv-02739-MEH-BNB

JOE L. BALDWIN, JR.,

Plaintiff,

v.

J. BODE HOLDINGS, INC., a Colorado corporation,

Defendant.

---

## ORDER
---

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before March 29, 2012, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated March 19, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge