IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02739-MEH-BNB

JOE L. BALDWIN, JR.,

    Plaintiff,

v.

J. BODE HOLDINGS, INC., a Colorado corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Plaintiff's Unopposed Motion to Dismiss with Prejudice [docket #33]. The Court, having considered the Motion, hereby

ORDERS that this action is DISMISSED WITH PREJUDICE, each party to pay his or her own costs and attorney's fees.

Dated in Denver, Colorado, this 3rd day of April, 2012.

                                                  BY THE COURT:

                                                Michael E. Hegarty
                                                United States Magistrate Judge